# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD, individually and on behalf of all others similarly situated,** *Plaintiff* v. **BAKER SOLUTIONS INC. d/b/a CREDITBAKER** *Defendant* | Civil Action No. 2:25-CV-1792 |

## AFFIDAVIT OF SERVICE

I, Roy Beierlein, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Baker Solutions, Inc in Nassau County, NY on April 14, 2025 at 12:01 pm at 1065 Old Country Road, ste 200, Westbury, NY 11590 by leaving the following documents with Destiny Cee who as Receptionist authorized to accept is authorized by appointment or by law to receive service of process for Baker Solutions, Inc.

SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET, DESIGNATION FORM, CONSENT AND REFERENCE OF A CIVIL ACTION TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE

White Female, est. age 25-34, glasses: N, Black hair, 120 lbs to 140 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=40.7558884997,-73.5558865997
Photograph: See Exhibit 1

Total Cost: $105.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>Nassau County</u>, <u>NY</u> on <u>4/17/2025</u>. | /s/ *Roy Beierlein* <br> Signature <br> Roy Beierlein <br> +1 (917) 334-2096 |



Exhibit 1a)



Exhibit 1b)