# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEON WEINGRAD**, individually and on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : | No. 2:25-cv-01792-GJP |
| v. | : : | |
| **BAKER SOLUTIONS INC. d/b/a CREDITBAKER**, | : : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Defendant Baker Solutions Inc. d/b/a CreditBaker in the above-captioned matter.

                                       **KAUFMAN DOLOWICH LLP**

                    By:    /s/ Richard J. Perr
                              RICHARD J. PERR, ESQUIRE
                              MONICA M. LITTMAN, ESQUIRE
                              One Liberty Place
                              1650 Market Street, Suite 4800
                              Philadelphia, PA 19103
                              Telephone: (215) 501-7002
                              Facsimile: (215) 405-2973
                              rperr@kaufmandolowich.com
                              mlittman@kaufmandolowich.com
                              Attorneys for Defendant

Dated: April 28, 2025

## CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on this date I served a true and correct copy of the foregoing electronically via the Court's CM/ECF system on the following:

Andrew Roman Perrong, Esquire
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
a@perronglaw.com
Attorney for Plaintiff

                                            /s/ Richard J. Perr
                                            RICHARD J. PERR, ESQUIRE

Dated: April 28, 2025

4821-9712-5553, v. 1