### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD,<br><br>   *Plaintiff,*<br><br>v.<br><br>BAKER SOLUTIONS INC.,<br><br>   *Defendant.* | CIVIL ACTION<br>NO. 25-1792 |

### **ORDER**

**AND NOW**, this 28th day of April, 2025, upon consideration of Defendant Baker Solutions Inc.'s April 28 Letter Request for an Extension of Time (ECF 5), it is **ORDERED** that the request is **GRANTED.** Defendant may file a response to Plaintiff's Complaint on or before **June 4, 2025**.

                 BY THE COURT:

                 */s/ Gerald J. Pappert*
                 Gerald J. Pappert, J.