UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated, | Case No. 2:25-CV-01792-GJP |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| BAKER SOLUTIONS, INC. d/b/a CREDITBAKER, | |
| Defendant. | |

**DEFENDANT BAKER SOLUTIONS, INC d/b/a CREDITBAKER'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Baker Solutions, Inc. d/b/a CreditBaker hereby discloses that it has no parent corporation or no publicly held company that owns 10% or more of its stock.

Dated: June 6, 2025          Respectfully submitted:

**KAUFMAN DOLOWICH, LLP**

By:   /s/ Richard J. Perr
RICHARD J. PERR, ESQUIRE
MONICA M. LITTMAN, ESQUIRE
One Liberty Place
1650 Market St., Suite 4800
Philadelphia, PA  19103-1628
(v) 215.501.7002; (f) 215.405.2973
rperr@kaufmandolowich.com
mlittman@kaufmandolowich.com
Attorneys for Defendant, Baker Solutions, Inc. d/b/a CreditBaker

## **CERTIFICATE OF SERVICE**

I, RICHARD J. PERR, ESQUIRE, hereby certify that on this date I caused to be served a true and correct copy of the foregoing electronically via the Court's CM/ECF system on the following:

Andrew Roman Perrong
Perrong Law LLC
2657 Mt. Carmel Ave
Glenside, PA 19038
Email: a@perronglaw.com

Attorney for Plaintiff Leon Weingrad

/s/ Richard J. Perr
RICHARD J. PERR, ESQUIRE

Dated: June 6, 2025