UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BAKER SOLUTIONS, INC. d/b/a CREDITBAKER,<br><br>    Defendant. | Case No. 2:25-CV-01792-GJP<br><br>JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE

Kindly enter my appearance as counsel for Defendant Baker Solutions, Inc. d/b/a CreditBaker in the above-captioned matter.

                                    Respectfully submitted:

                                    **KAUFMAN DOLOWICH, LLP**

By:   /s/ Monica M. Littman
        RICHARD J. PERR, ESQUIRE
        MONICA M. LITTMAN, ESQUIRE
        One Liberty Place
        1650 Market St., Suite 4800
        Philadelphia, PA  19103-1628
        (v) 215.501.7002; (f) 215.405.2973
        rperr@kaufmandolowich.com
        mlittman@kaufmandolowich.com

Dated: July 2, 2025        Attorneys for Defendant, Baker Solutions, Inc. d/b/a CreditBaker

## **CERTIFICATE OF SERVICE**

I, MONICA M. LITTMAN, ESQUIRE, hereby certify that on this date I caused to be served a true and correct copy of the foregoing electronically via the Court's CM/ECF system on the following:

Andrew Roman Perrong, Esquire
Perrong Law LLC
2657 Mt. Carmel Ave
Glenside, PA 19038
Email: a@perronglaw.com

Attorney for Plaintiff Leon Weingrad

/s/ Monica M. Littman
MONICA M. LITTMAN, ESQUIRE

Dated: July 2, 2025