# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Leon Weingrad, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiff,* <br><br> v. <br><br> Baker Solutions, Inc. d/b/a CreditBaker, <br><br> *Defendant.* | CIVIL ACTION <br> NO. 25-1792 |

## SCHEDULING ORDER

**AND NOW**, this 15th day of July 2025, following a telephone conference with counsel for the parties, it is **ORDERED** that:

1. Fact discovery shall be completed on or before **November 14, 2025**.

2. Plaintiff shall produce his expert reports on or before **November 14, 2025**. Defendant shall produce its expert reports on or before **December 15, 2025**. All expert discovery, including depositions, shall be completed on or before **January 16, 2026**.

3. Plaintiff shall submit his motion for class certification on or before **February 17, 2026**. Defendant shall submit its response on or before **March 18, 2026**. Plaintiff shall submit his reply on or before **April 1, 2026**.

4. Oral argument and a hearing on class certification will take place on **May 19, 2026 at 10:00 a.m. in Courtroom 11-A**.

5. All filings, conferences, and pretrial procedures shall conform to Judge Pappert's Policies and Procedures, available at www.paed.uscourts.gov.

BY THE COURT:


*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.