UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : | No. 2:25-cv-01792-GJP |
| v. | : : | JURY TRIAL DEMANDED |
| BAKER SOLUTIONS INC. d/b/a CREDITBAKER, | : : | |
| Defendant. | : | |

## SUGGESTION OF BANKRUPTCY

Defendant Baker Solutions Inc. d/b/a CreditBaker ("Baker") files this Suggestion of Bankruptcy pursuant to the United States Bankruptcy Code. On July 31, 2025, Baker filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code. The case number for that bankruptcy proceeding is Bankruptcy Case No. 8-25-72941-reg, assigned to Judge Robert E. Grossman, in the United States Bankruptcy Court for the Eastern District of New York (Central Islip). In accordance with 11 U.S.C. § 362 and other relevant provisions of the Bankruptcy Code, an automatic stay is presently in effect in connection with all matters in which Baker is a Plaintiff or Defendant.

Defendant Baker would further show that pursuant to 11 U.S.C. § 362, the filing of a petition under 11 U.S.C. § 301 operates as an automatic stay, applicable to all entities, of (1) "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title; . . . (6) any act to collect,

assess, or recover a claim against the debtor that arose before the commencement of the case under this title."

**WHEREFORE**, Defendant, Baker Solutions, Inc., d/b/a CreditBaker, respectfully requests that Plaintiff cease continuation of the above numbered case with respect to Baker and for such other and further relief which may be just.

Dated: August 5, 2025           **KAUFMAN DOLOWICH, LLP**

                      By:    /s/ Richard J. Perr
                              RICHARD J. PERR, ESQUIRE
                              MONICA M. LITTMAN, ESQUIRE
                              One Liberty Place
                              1650 Market St., Suite 4800
                              Philadelphia, PA  19103-1628
                              (v) 215.501.7002; (f) 215.405.2973
                              rperr@kaufmandolowich.com
                              mlittman@kaufmandolowich.com
                              Attorneys for Defendant Baker Solutions, Inc. d/b/a CreditBaker

**CERTIFICATE OF SERVICE**

  I, RICHARD J. PERR, ESQUIRE, hereby certify that on this date I caused to be served a true and correct copy of the foregoing via CM/ECF on the following:

Andrew Roman Perrong
Perrong Law LLC
2657 Mt. Carmel Ave
Glenside, PA 19038
a@perronglaw.com

Attorney for Plaintiff Leon Weingrad

             /s/ Richard J. Perr
             RICHARD J. PERR, ESQUIRE

Date: August 5, 2025