IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, *individually and on behalf of all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>BAKER SOLUTONS INC., *doing business as* CREDITBAKER,<br><br>*Defendant.* | CIVIL ACTION<br>NO. 25-1792 |

## **ORDER**

**AND NOW**, this 13th day of November, 2025, upon consideration of Defendant Baker Solutions Inc.'s Suggestion of Bankruptcy (Dkt. No. 18), it is **ORDERED** that:

1. All proceedings in this matter are stayed pending the resolution of the bankruptcy petition;

2. The Clerk of Court shall stay this matter;

3. The Defendant must update the Court with regard to the status of bankruptcy every six months while the case is stayed.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.